# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TAA GROUP, INC. | § Case No. 13-13733 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 02, 2013. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $       40,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 23.93 |
    | Bank service fees | 123.05 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]   $ | 39,853.02 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 11/15/2013 and the deadline for filing governmental claims was 11/15/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,750.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,750.00, for a total compensation of $4,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2015          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-13733  
**Case Name:** TAA GROUP, INC.

**Trustee:**   (330640)   THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):**   04/02/13 (f)  
**§341(a) Meeting Date:**   05/13/13

**Period Ending:** 08/14/15

**Claims Bar Date:**   11/15/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Business Checking Account No. XXXX BMO Harris Ba 2412 Indian Trail Rd Aurora, IL 60506 Account is Frozen | 200.00 | 0.00 | | 0.00 | FA |
| 2 | 100% of the common stock of Clarity Communicatio Systems, Inc. Company is a developer of communications software but has not yet generated any revenue from its system. Assets consist of two servers located at NetSource in Naperville and the rights to the software; liabilities exceed value of assets; attached is an excerpt from the debtor's 2012 tax return reflecting its investment in Clarity | 1,000.00 | 40,000.00 | | 40,000.00 | FA |
| 2 | **Assets**   **Totals** (Excluding unknown values) | **$1,200.00** | **$40,000.00** | | **$40,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has reached agreed sale amount for rights, title and interest in stock of Clarity Communication (asset#2).  Hearing on Motion to Approve sale scheduled for February 6, 2015.   Fee Application and Final Report will then be prepared.

**Initial Projected Date Of Final Report (TFR):**   May 15, 2015     **Current Projected Date Of Final Report (TFR):**   May 15, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-13733  
**Case Name:** TAA GROUP, INC.

**Taxpayer ID #:** **-***5125  
**Period Ending:** 08/14/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********91 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/15 | {2} | AUDREY LIN | Liquidation of Personal Property | 1129-000 | 40,000.00 | | 40,000.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 39,990.00 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 23.93 | 39,966.07 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.69 | 39,912.38 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 59.36 | 39,853.02 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 39,853.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,000.00 | 40,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 39,853.02 | |
| | | | **Subtotal** | | 40,000.00 | 146.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,000.00** | **$146.98** | |

{} Asset reference(s)

Printed: 08/14/2015 02:31 PM V.13.23

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-13733  
**Case Name:** TAA GROUP, INC.

**Taxpayer ID #:** **-***5125  
**Period Ending:** 08/14/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****992966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 39,853.02 | | 39,853.02 |
| | | | **ACCOUNT TOTALS** | | 39,853.02 | 0.00 | **$39,853.02** |
| | | | Less: Bank Transfers | | 39,853.02 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********91** | 40,000.00 | 146.98 | 0.00 |
| **Checking # ****992966** | 0.00 | 0.00 | 39,853.02 |
| | $40,000.00 | $146.98 | $39,853.02 |

{} Asset reference(s)

Printed: 08/14/2015 02:31 PM    V.13.23

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 15, 2013

**Case Number:** 13-13733　　　　　　　　　　　　　　　Page: 1　　　　　　　　　　**Date:** August 14, 2015
**Debtor Name:** TAA GROUP, INC.　　　　　　　　　　　　　　　　　　　　　　　**Time:** 02:32:07 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $4,750.00 | $0.00 | 4,750.00 |
| 200 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL 60604 | Admin Ch. 7 | Fee for Motion to Sell Free and Clear of liens Fee defered | $176.00 | $0.00 | 176.00 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $16,492.50 | $0.00 | 16,492.50 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $102.68 | $0.00 | 102.68 |
| 200 | McGLADREY LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 | Admin Ch. 7 | | $2,247.50 | $0.00 | 2,247.50 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Admin Ch. 7 | Bond Payment | $23.93 | $23.93 | 0.00 |
| 1<br>610 | JIM LIN<br>G Alexander McTavish Foote Mielke<br>10 W State St Suite 200<br>Geneva, IL 60134 | Unsecured | (1-1) Loan<br>(1-1) Modified on 11/13/13 to correct creditor address (GB).<br>Claim waived pursuant to Order approving Sale entered March 27, 2015 | $0.00 | $0.00 | 0.00 |
| 2<br>610 | ISCO INTERNATIONAL INC<br>c/o Crowley Barrett & Karaba Ltd.<br>20 South Clark St, Suite 2310<br>Chicago, IL 60603-1806 | Unsecured | (2-1) Modified on 11/15/13 to correct creditor name (GB).<br>Claim was originally secured to the extent of $603,803.66. Secured portion of claim/lien waived by creditor pursuant to Order approving sale/compromise entered on March 27, 2015. | $659,056.74 | $0.00 | 659,056.74 |
| **<< Totals >>** | | | | 682,849.35 | 23.93 | 682,825.42 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-13733
Case Name: TAA GROUP, INC.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**   $   39,853.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   39,853.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 4,750.00 | 0.00 | 4,750.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 16,492.50 | 0.00 | 16,492.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 102.68 | 0.00 | 102.68 |
| Accountant for Trustee, Fees - McGLADREY LLP | 2,247.50 | 0.00 | 2,247.50 |
| Charges, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 23.93 | 23.93 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   23,768.68
Remaining balance:   $   16,084.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   16,084.34

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 16,084.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 659,056.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JIM LIN | 0.00 | 0.00 | 0.00 |
| 2 | ISCO INTERNATIONAL INC | 659,056.74 | 0.00 | 16,084.34 |

|  | Total to be paid for timely general unsecured claims: | $ | 16,084.34 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**