## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: TAA GROUP, INC. § Case No. 13-13733
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $200.00                     Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,084.34    Claims Discharged
                                               Without Payment: $637,972.40

Total Expenses of Administration: $18,915.66

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,739.66 | 18,915.66 | 18,915.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,174,179.19 | 2,249,441.32 | 659,056.74 | 21,084.34 |
| **TOTAL DISBURSEMENTS** | $2,174,179.19 | $2,268,180.98 | $677,972.40 | $40,000.00 |

    4) This case was originally filed under Chapter 7 on April 02, 2013. The case was pending for 37 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2016           By: /s/THOMAS E. SPRINGER, TRUSTEE
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 100% of the common stock of Clarity Communicatio | 1129-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | N/A | 0.00 | 176.00 | 176.00 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 11,492.50 | 11,492.50 | 11,492.50 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 102.68 | 102.68 | 102.68 |
| McGLADREY LLP | 3410-000 | N/A | 2,247.50 | 2,247.50 | 2,247.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | | 23.93 | 23.93 | 23.93 |
| ASSOCIATED BANK | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | | 53.69 | 53.69 | 53.69 |
| ASSOCIATED BANK | 2600-000 | N/A | | 59.36 | 59.36 | 59.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $18,739.66 | $18,915.66 | $18,915.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JIM LIN | 7100-000 | 1,590,384.58 | 1,590,384.58 | 0.00 | 0.00 |
| 2 | ISCO INTERNATIONAL INC | 7100-000 | 583,794.61 | 659,056.74 | 659,056.74 | 21,084.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,174,179.19 | $2,249,441.32 | $659,056.74 | $21,084.34 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-13733  
**Case Name:** TAA GROUP, INC.

**Period Ending:** 04/19/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 04/02/13 (f)  
**§341(a) Meeting Date:** 05/13/13  
**Claims Bar Date:** 11/15/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Business Checking Account No. XXXX BMO Harris Ba 2412 Indian Trail Rd Aurora, IL 60506 Account is Frozen | 200.00 | 0.00 | | 0.00 | FA |
| 2  100% of the common stock of Clarity Communicatio Systems, Inc. Company is a developer of communications software but has not yet generated any revenue from its system. Assets consist of two servers located at NetSource in Naperville and the rights to the software; liabilities exceed value of assets; attached is an excerpt from the debtor's 2012 tax return reflecting its investment in Clarity | 1,000.00 | 40,000.00 | | 40,000.00 | FA |
| **2   Assets   Totals** (Excluding unknown values) | **$1,200.00** | **$40,000.00** | | **$40,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has reached agreed sale amount for rights, title and interest in stock of Clarity Communication (asset#2). Hearing on Motion to Approve sale scheduled for February 6, 2015. Fee Application and Final Report will then be prepared.

**Initial Projected Date Of Final Report (TFR):**   May 15, 2015          **Current Projected Date Of Final Report (TFR):**   August 14, 2015  (Actual)

Printed: 04/19/2016 12:34 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-13733　　　　　　　　　　　　　　**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)
**Case Name:** TAA GROUP, INC.　　　　　　　　　　　**Bank Name:** ASSOCIATED BANK
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Account:** ********91 - CHECKING ACCOUNT
**Taxpayer ID #:** **-***5125　　　　　　　　　　　　**Blanket Bond:** $5,000,000.00  (per case limit)
**Period Ending:** 04/19/16　　　　　　　　　　　　　**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/27/15 | {2} | AUDREY LIN | Liquidation of Personal Property | 1129-000 | 40,000.00 | | 40,000.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 39,990.00 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 23.93 | 39,966.07 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.69 | 39,912.38 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 59.36 | 39,853.02 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 39,853.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **40,000.00** | **40,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 39,853.02 | |
| | | | **Subtotal** | | **40,000.00** | **146.98** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,000.00** | **$146.98** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 04/19/2016 12:34 PM     V.13.25

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-13733  
**Case Name:** TAA GROUP, INC.  
**Taxpayer ID #:** **-***5125  
**Period Ending:** 04/19/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****992966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 39,853.02 | | 39,853.02 |
| 10/16/15 | 10101 | CLERK OF THE U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $176.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 176.00 | 39,677.02 |
| 10/16/15 | 10102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $11,492.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,492.50 | 28,184.52 |
| 10/16/15 | 10103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $102.68, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 102.68 | 28,081.84 |
| 10/16/15 | 10104 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $4,750.00, Trustee Compensation;  Reference: | 2100-000 | | 4,750.00 | 23,331.84 |
| 10/16/15 | 10105 | McGLADREY LLP | Dividend paid 100.00% on $2,247.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,247.50 | 21,084.34 |
| 10/16/15 | 10106 | ISCO INTERNATIONAL INC | Dividend paid  3.19% on $659,056.74; Claim# 2; Filed: $659,056.74; Reference: Stopped on 01/22/16 | 7100-000 | | 21,084.34 | 0.00 |
| 01/22/16 | 10106 | ISCO INTERNATIONAL INC | Dividend paid  3.19% on $659,056.74; Claim# 2; Filed: $659,056.74; Reference: Stopped: check issued on 10/16/15 | 7100-000 | | -21,084.34 | 21,084.34 |
| 01/22/16 | 10107 | ISCO INTERNATIONAL INC | Dividend paid  3.19% on $659,056.74; Claim# 2; Filed: $659,056.74; Reference: | 7100-000 | | 21,084.34 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 39,853.02 | 39,853.02 | **$0.00** |
| Less: Bank Transfers | 39,853.02 | 0.00 | |
| **Subtotal** | **0.00** | **39,853.02** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$39,853.02** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ********91 | 40,000.00 | 146.98 | 0.00 |
| Checking # ****992966 | 0.00 | 39,853.02 | 0.00 |
| | **$40,000.00** | **$40,000.00** | **$0.00** |

{} Asset reference(s)